UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

NO.: 13-2353
(2:13-cv-00031-RGD-LRL)
_____

JANINE PERRY WEBER

        Plaintiff – Appellee

v.

MELISSA SUE DANCY OLIVER

        Defendant – Appellant

and

LINCOLN NATIONAL LIFE INSURANCE COMPANY, d/b/a Lincoln Financial Group

        Defendant

_____

CONSENT MOTION FOR EXTENSION OF TIME TO FILE
BRIEFS
_____

COMES NOW, Melissa Sue Dancy Oliver, by counsel, pursuant to Federal Rules of Appellate Procedure 26(b) and 31(c) for her Consent Motion for Extension of Time to File Brief, and in support thereof states as follows:

1.    Undersigned counsel's father passed away on January 25, 2014 and as such needs to attend to the family obligations necessitated by his father's death.  Therefore, counsel asks for a brief extension of time to file the Brief of Appellant and Appendix.  Undersigned counsel has

consulted with counsel for the Appellee and they have consented to an extension of time to file a Brief of Appellant and Appendix until February 10, 2014.

<u>CONCLUSION</u>

For the foregoing reasons and good cause being shown, Melissa Sue Dancy Oliver respectfully requests that the Court grant her Motion to Extend the Time for filing her Brief of Appellant and Appendix to February 10, 2014.

Respectfully Submitted,

**MELISSA SUE DANCY OLIVER**

By: ___/s/   Jonathan L. Stone_____
Of Counsel

Jonathan L. Stone, Esquire
Norris & St. Clair, P.C.
2840 S. Lynnhaven Road
Virginia Beach, VA 23452
Telephone:  (757) 498-7700
Facsimile:  (757) 498-7744

and

Steven G. Owen, Esquire
Courthouse Law Group
2521 N. Landing Road, Suite 200
Virginia Beach, VA 23452
Telephone:  (757) 427-3348
Facsimile:  (757) 430-2531

*Co-Counsel for Melissa Sue Dancy Oliver*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of January, 20124, I caused this Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Edward W. Wolcott, Jr., Esquire
Wolcott Rivers Gates
301 Bendix Rd., Suite 500
Virginia Beach, VA 23452
*Counsel for Janine Perry Weber, Appellee*

and

Megan B. Caramore, Esquire
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
*Counsel for Lincoln National Life Insurance Company, Defendant*

＿＿＿＿＿/s/  Jonathan L. Stone, Esquire＿＿＿＿＿
Attorney for Appellant